# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TURFLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GORDON TRUCKING, INC., A WASHINGTON CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:11−CV−00224−WBS −KJN<br><br>**ORDER RE STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

IT IS SO ORDERED that the case management is continued to July 25, 2011 at 2:00p.m., in Courtroom 5 of the above entitled Court.

DATED:     May 27, 2011

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-