UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TURFLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GORDON TRUCKING, INC., A WASHINGTON CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:11−CV−00224−WBS −KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:   February 22, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-